Emily Juneau SBN: 310087
BAY AREA LEGAL AID
1735 Telegraph Ave.
Oakland, CA 94612
ejuneau@baylegal.org
Phone: (510) 250-5264
Fax: (510) 663-4740

Attorney for Plaintiff Corey Pickens

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Corey Pickens,<br>      Plaintiff,<br>    v.<br><br> Kilolo Kijakazi,<br>Acting Commissioner of Social Security,<br>      Defendant | CIVIL NO. 3:22-cv-04142-SK<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND |

  The parties hereto, by and through their undersigned attorneys, hereby stipulate that Plaintiff Corey Lynn Pickens, shall have an additional 45 days, until December 29, 2022, in which to file and serve a motion for summary judgment or remand in this action. This is the first stipulation for extended time, requested by both parties in this matter to provide proper time to discuss potential settlement options.

  The parties further stipulate that the Court's Procedural Order for Social Security Review Actions shall be modified accordingly.

STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND IN 3:22-CV-04142-SK

Dated:   October 24, 2022          By: /s/
                                   Emily Juneau
                                   Attorney for Plaintiff


Dated:                             By: __/s/_____(as authorized via e-mail)
                                   Caspar Chan,
                                   Office of General Counsel,
                                   United States Social Security Administration


## ORDER

Pursuant to the above Stipulation, Plaintiff is GRANTED 45 additional days, until December 29, 2022, to file and serve a motion for summary judgement on remand.  Further requests for extension will require a showing of extraordinary good cause.

**IT IS SO ORDERED**

Dated:  October 25, 2022           By: _Sallie Kim_____
                                   Hon. Magistrate Judge Sallie Kim

STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND IN 3:22-CV-04142-SK